UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE PYE, JR., <br><br> Plaintiff, <br><br> -against- <br><br> WARDEN CARTER, N.T.C./D.O.C./V.C.B.C.; <br> CAPTAIN GUERRA, N.T.C./D.O.C./V.C.B.C.; <br> CAPTAIN JOHN DOE, N.T.C./D.O.C./V.C.B.C.; <br> CAPTAIN HORTON, N.T.C./D.O.C./V.C.B.C., <br><br> Defendants. | 21-CV-9058 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 4, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* (IFP) and prisoner authorization or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 21, 2021
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge